1    SALISBURY LEGAL CORP.
     Lawrence J. Salisbury (SBN179748)
2    656 5th Ave., Suite R
     San Diego, California 92101
3    Telephone:  (619) 241-2760
     Email: lsalisbury@salisburylegal.com
4

5    LAW OFFICES OF MARK A. REDMOND
     Mark A. Redmond, Esq. SBN 161520
6    701 Howe Ave, Suite A3
     Sacramento, California 95831
7    Telephone: (916) 444-8240
     Facsimile: (916) 444-8242
8    Email: mr@markredmondlaw.com

9    Attorneys for Plaintiff Alex Solomon, and all others similarly situated

10   JACKSON LEWIS PC
     Fraser A. McAlpine (SBN 248554)
11   Scott P. Jang (SBN 260191)
12   50 California Street, 9th Floor
     San Francisco CA 94111
13   Telephone: (415) 394-9400
     Facsimile: (415) 394-9401
14   Email: fraser.mcapline@jacksonlewis.com
            scott.jang@jacksonlewis.com
15

16

17                     **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19

20   ALEX SOLOMON, on behalf of all others    | Case No. 3:16-cv-07378
     similarly situated,
21              Plaintiff,                     | **CLASS ACTION**
            vs.
22                                             | **JOINT STIPULATION TO EXTEND THE**
     HILTON WORLDWIDE, INC.; and Does 1-       | **BRIEFING SCHEDULE FOR**
23   100, inclusive,                           | **DEFENDANTS' MOTION TO COMPEL**
              Defendants.                      | **ARBITRATION**
24
25                                             | Hearing Date: July 10, 2017
                                               | Time:  9:30 a.m.
26                                             | Courtroom:    A – 15th Floor
                                               | Judge: Hon. Sallie Kim
27

28

─────────────────────────────────────────────────────────
             **JOINT STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE**

On May 18, 2017, Defendants file a Motion to Compel Arbitration. Thereafter, counsel for the Plaintiffs requested an extension pursuant to Civil L.R. 7-2 and 7-3 based on the complexity of the case.

Defendants agreed to grant an extension until June 22, 2017, for Plaintiffs to file their reply and Plaintiffs agreed to a reciprocal extension for Defendants' response which is now due to be filed on or before June 29, 2017 . This extended timeframe allows for both parties to file well briefed moving papers while still allowing the parties and the Court to maintain the original hearing date.

IT IS HEREBY AGREED AND ORDERED that:

1) The briefing schedule for Defendants' Motion to Compel Arbitration shall be extended.

2) Plaintiffs' reply shall be filed on or before June 22, 2017.

3) Defendants' response shall be filed on or before June 29, 2017.

IT IS SO STIPULATED.

SALISBURY LEGAL CORP.

Dated: May 25, 2017               By:       /s/ Lawrence J. Salisbury
                                            Lawrence Salisbury, Esq.
                                            Attorney for Plaintiff

                                            JACKSON LEWIS PC


Dated: May 25, 2017               By:       /s/  Fraser McAlpine
                                            Fraser McAlpine, Esq.
                                            Attorney for Defendant

1

**JOINT STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE**

1

2

3

4                                                    <u>ORDER</u>
    PURSUANT TO STIPULATION O THE PARTIES, IT IS SO ORDERED that:
5

6      1)  The briefing schedule for Defendants' Motion to Compel Arbitration shall be extended.

7
       2)  Plaintiffs' reply shall be filed on or before June 22, 2017.
8

9      3)  Defendants' response shall be filed on or before June 29, 2017.

10

11         DATED: May 31, 2017                    *Aallie Kim*

12                                                 The Honorable Sallie Kim

13

14

15

16

17

18

19

20                                                   '

21

22

23

24

25

26

27

28
                                                    2